UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:03-CR-00459-EAK-TBM-4

GARCIA, ET AL.
_____/

### ORDER ON DEFENDANT'S MOTIONS FOR IMMEDIATE DEPORTATION

THIS CAUSE is before this Court on Defendant's, Max Torres Zambrano, Motions for Immediate Deportation (Docs. 170, 171). Defendant requests immediate deportation pursuant to the Aliens Deportation Improvements Act 668 of 1995 as set forth in Defendant's motion. This Court does not find a showing of good cause or compelling circumstances for which to grant Defendant's request. This Court further notes that Defendant is scheduled to be released on July 28, 2012. Accordingly, it is:

ORDERED that Defendant's, Max Torres Zambrano, Motion for Immediate Deportation is DENIED.

DONE and ORDERED in Chambers, in Tampa, Florida, this 3RD day of August, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.